No. D–472.  IN RE DISBARMENT OF MILLER.  Disbarment entered.  [For earlier order herein, see 469 U. S. 1186.]

No. D–475.  IN RE DISBARMENT OF PADELL.  The order of this Court entered February 19, 1985 [469 U. S. 1203], suspending Bert Padell from further practice of law in this Court is vacated and the rule to show cause issued February 19, 1985, is discharged.

No. D–488.  IN RE DISBARMENT OF ROUSE.  It is ordered that Arthur J. Rouse, of West Nyack, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 100, Orig.  WEBBER v. OKLAHOMA ET AL.  Motion for leave to file bill of complaint denied.

No. 83–1925.  HILLSBOROUGH COUNTY, FLORIDA, ET AL. v. AUTOMATED MEDICAL LABORATORIES, INC.  C. A. 11th Cir. [Probable jurisdiction noted, 469 U. S. 1156.]  Motion of the Solicitor General to permit Paul J. Larkin, Jr., Esquire, to present oral argument *pro hac vice* granted.

No. 84–310.  IN RE SNYDER.  C. A. 8th Cir.  [Certiorari granted, 469 U. S. 1156.]  Motion of United States Court of Appeals for the Eighth Circuit to supplement the joint appendix granted.

No. 84–320.  NATIONAL FARMERS UNION INSURANCE COS. ET AL. v. CROW TRIBE OF INDIANS ET AL.  C. A. 9th Cir.  [Certiorari granted, 469 U. S. 1032.]  Motion of Sac and Fox Tribe of Indians of Oklahoma for leave to file a brief as *amicus curiae* out of time denied.

No. 84–518.  JOHNSON ET AL. v. MAYOR AND CITY COUNCIL OF BALTIMORE ET AL.; and

No. 84–710.  EQUAL EMPLOYMENT OPPORTUNITY COMMISSION v. MAYOR AND CITY COUNCIL OF BALTIMORE ET AL.  C. A. 4th Cir.  [Certiorari granted, 469 U. S. 1156.]  Motion of National League of Cities for leave to file a brief as *amicus curiae* granted.

No. 84–589.  DOWLING v. UNITED STATES.  C. A. 9th Cir. [Certiorari granted, 469 U. S. 1157.]  Motion of Recording Industry Association of America, Inc., for leave to file a brief as *amicus curiae* granted.